No. 24-13470

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**THE COCA-COLA CO. & SUBSIDIARIES,**

*Petitioner-Appellant*,

v.

**COMMISSIONER OF INTERNAL REVENUE,**

*Respondent-Appellee.*

On Appeal from the United States Tax Court
Case No. 31183-15

**UNOPPOSED MOTION OF PETITIONER-APPELLANT
THE COCA-COLA CO. & SUBSIDIARIES
TO FILE DOCUMENTS UNDER SEAL**

Shay Dvoretzky
Christopher Bowers
Parker Rider-Longmaid
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005

Nathaniel Carden
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
320 S. Canal St.
Chicago, IL 60606

Raza Rasheed
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
2000 Avenue of the Stars, Ste. 200N
Los Angeles, CA 90067

Gregory G. Garre
Miriam L. Fisher
Eric J. Konopka
Blake E. Stafford
Sakina Haji*
LATHAM & WATKINS LLP
555 Eleventh St., NW, Ste. 1000
Washington, DC 20004
(202) 637-2207
gregory.garre@lw.com

Shannon C. Fiedler
LATHAM & WATKINS LLP
200 Clarendon St.
Boston, MA 02116

*Admitted in New York. All work
supervised by a member of the D.C. Bar.*

*Counsel for Petitioner-Appellant The Coca-Cola Co. & Subsidiaries*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, Petitioner-Appellant The Coca-Cola Co. ("Coca-Cola") makes the following disclosures: Coca-Cola is a publicly traded corporation listed on the New York Stock Exchange under the ticker symbol KO. Coca-Cola has no parent corporation, and no person or entity holds 10% or more of its stock.

Coca-Cola also certifies that the following individuals or entities have or may have an interest in the outcome of this case:

- Altman, John M., Counsel for Respondent-Appellee in the Tax Court

- Bailie, Huong T., Counsel for Respondent-Appellee in the Tax Court

- Bowers, Christopher, Counsel for Petitioner-Appellant in the Eleventh Circuit

- Campolieta, Justin L., Counsel for Respondent-Appellee in the Tax Court

- Carden, Nathaniel, Counsel for Petitioner-Appellant in the Eleventh Circuit and the Tax Court

- Christensen, Jacob Earl, Counsel for Respondent-Appellee in the Eleventh Circuit

- Craig, John F., III, Counsel for Petitioner-Appellant in the Tax Court

- Desmond, Michael J., Counsel for Respondent-Appellee in the Tax Court

- Dixon, Steven R., Counsel for Petitioner-Appellant in the Tax Court

- Dvoretzky, Shay, Counsel for Petitioner-Appellant in the Eleventh Circuit and the Tax Court

- Fiedler, Shannon C., Counsel for Petitioner-Appellant in the Eleventh Circuit

- Fisher, Miriam L., Counsel for Petitioner-Appellant in the Eleventh Circuit and the Tax Court

- Flores, Elizabeth P., Counsel for Respondent-Appellee in the Tax Court

- Franklin, Barbara B., Counsel for Respondent-Appellee in the Tax Court

- Frisch, Jill A., Counsel for Respondent-Appellee in the Tax Court

- Garre, Gregory G., Counsel for Petitioner-Appellant in the Eleventh Circuit and the Tax Court

- Garza, Steven D., Counsel for Respondent-Appellee in the Tax Court

- Gasper, Julie Ann P., Counsel for Respondent-Appellee in the Tax Court

- Gerling-Ritters, Hans D., Counsel for Petitioner-Appellant in the Tax Court

- Gibson Dunn & Crutcher LLP, Counsel for Petitioner-Appellant in the Tax Court

- Goldberg, Lisa M., Counsel for Respondent-Appellee in the Tax Court

- Greenhouse, Robin L., Counsel for Respondent-Appellee in the Tax Court

- Hagley, Judith A., Counsel for Respondent-Appellee in the Eleventh Circuit

- Haji, Sakina, Counsel for Petitioner-Appellant in the Eleventh Circuit

- Hintermeister, Anne O'Brien, Counsel for Respondent-Appellee in the Tax Court

- Hoory, Eli, Counsel for Respondent-Appellee in the Tax Court

- Hubbert, David A., Counsel for Respondent-Appellee in the Eleventh Circuit

- Internal Revenue Service, Respondent-Appellee

- Jacinto, Jarrett Y., Counsel for Petitioner-Appellant in the Tax Court

- Kaplan Hecker & Fink LLP, Counsel for Petitioner-Appellant in the Tax Court

- Kautter, David, Respondent-Appellee (Former Acting)

- Kenworthy, Kevin L., Counsel for Petitioner-Appellant in the Tax Court

- Konopka, Eric J., Counsel for Petitioner-Appellant in the Eleventh Circuit and the Tax Court

- Koskinen, John A., Respondent-Appellee (Former)

- Krause, Melanie, Respondent-Appellee (Acting)

- Kummer, Michael D., Counsel for Petitioner-Appellant in the Tax Court

- Lampert, Heather L., Counsel for Respondent-Appellee in the Tax Court

- Latham & Watkins LLP, Counsel for Petitioner-Appellant in the Eleventh Circuit and the Tax Court

- Lauber, Albert G., Tax Court Judge

- Luttig, Hon. J. Michael, Counsel for Petitioner-Appellant in the Tax Court

- Magee, John B., Counsel for Petitioner-Appellant in the Tax Court

- Massey, Jonathan S., Counsel for Petitioner-Appellant in the Tax Court

- Massey & Gail LLP, Counsel for Petitioner-Appellant in the Tax Court

- Matta, Lamia R., Counsel for Petitioner-Appellant in the Tax Court

- Metcalf, Nicholas R., Counsel for Petitioner-Appellant in the Tax Court

- Mezei, Saul, Counsel for Petitioner-Appellant in the Tax Court

- Miller & Chevalier Chartered, Counsel for Petitioner-Appellant in the Tax Court

- Morgan, Lewis & Bockius LLP, Counsel for Petitioner-Appellant in the Tax Court

- Morrison, Sean T., Counsel for Petitioner-Appellant in the Tax Court

- O'Donnell, Douglas, Respondent-Appellee (Former Acting)

- Ortiz, Lisandra, Counsel for Petitioner-Appellant in the Tax Court

- Patterson, Kathryn F., Counsel for Respondent-Appellee in the Tax Court

- Paul, William M., Counsel for Respondent-Appellee in the Tax Court

- Rasheed, Raza, Counsel for Petitioner-Appellant in the Eleventh Circuit

- Rettig, Charles P., Respondent-Appellee (Former)

- Richards, Veronica L., Counsel for Respondent-Appellee in the Tax Court

- Rider-Longmaid, Parker, Counsel for Petitioner-Appellant in the Eleventh Circuit and the Tax Court

- Rollinson, Marjorie A., Counsel for Respondent-Appellee in the Eleventh Circuit and the Tax Court

- Rubin, Curt M., Counsel for Respondent-Appellee in the Tax Court

- Skadden, Arps, Slate, Meagher & Flom LLP, Counsel for Petitioner-Appellant in the Eleventh Circuit and the Tax Court

- Stafford, Blake E., Counsel for Petitioner-Appellant in the Eleventh Circuit

- Stark, Sanford W., Counsel for Petitioner-Appellant in the Tax Court

- The Coca-Cola Co., NYSE:KO, Petitioner-Appellant

- Tonuzi, Drita, Counsel for Respondent-Appellee in the Tax Court

- Tribe, Laurence H., Counsel for Petitioner-Appellant in the Tax Court

- Ugolini, Francesca, Counsel for Respondent-Appellee in the Eleventh Circuit and the Tax Court

- U.S. Commissioner of Internal Revenue, Respondent-Appellee

- U.S. Department of Justice, Tax Division, Appellate Section, Counsel for Respondent-Appellee in the Eleventh Circuit and the Tax Court

- U.S. Department of the Treasury, Respondent-Appellee

- Ussing, Carl T., Counsel for Petitioner-Appellant in the Tax Court

- Werfel, Daniel I., Respondent-Appellee (Former)

- Wilkins, William J., Counsel for Respondent-Appellee in the Tax Court

- Zemil, Nicholas A., Counsel for Petitioner-Appellant in the Tax Court

In addition to the list above, Coca-Cola discloses that it has hundreds of subsidiaries. Many of these subsidiaries are wholly owned and not publicly traded.

Coca-Cola's subsidiaries that are less than wholly owned do not have an interest in the outcome of this appeal within the meaning of Eleventh Circuit Rule 26.1.

| | |
|---|---|
| Dated: March 19, 2025 | Respectfully submitted, |
| | /s/ *Gregory G. Garre* <br> Gregory G. Garre |
| | *Counsel for Petitioner-Appellant* <br> *The Coca-Cola Co. & Subsidiaries* |

# UNOPPOSED MOTION OF PETITIONER-APPELLANT THE COCA-COLA CO. & SUBSIDIARIES TO FILE DOCUMENTS UNDER SEAL

Pursuant to Federal Rule of Appellate Procedure 27 and Eleventh Circuit Rule 25-3(h), Petitioner-Appellant The Coca-Cola Co. & Subsidiaries respectfully moves for leave to file under seal Volume 38 of its Appendix. Volume 38 contains three record exhibits that were filed under seal in the Tax Court and remain under seal. *See* Ex. 46-J-C; Ex. 252-J-C; Ex. 7558-P-C. Under Eleventh Circuit Rule 25-3(h), they must therefore "continue to be filed under seal on appeal to this Court." Respondent-Appellee does not oppose this motion.

Dated: March 19, 2025

Respectfully submitted,

　/s/ *Gregory G. Garre*

| | |
|---|---|
| Shay Dvoretzky<br>Christopher Bowers<br>Parker Rider-Longmaid<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>1440 New York Ave., NW<br>Washington, DC 20005<br><br>Nathaniel Carden<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>320 S. Canal St.<br>Chicago, IL 60606<br><br>Raza Rasheed<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>2000 Avenue of the Stars, Ste. 200N<br>Los Angeles, CA 90067 | Gregory G. Garre<br>Miriam L. Fisher<br>Eric J. Konopka<br>Blake E. Stafford<br>Sakina Haji*<br>LATHAM & WATKINS LLP<br>555 Eleventh St., NW, Ste. 1000<br>Washington, DC 20004<br>(202) 637-2207<br>gregory.garre@lw.com<br><br>Shannon C. Fiedler<br>LATHAM & WATKINS LLP<br>200 Clarendon St.<br>Boston, MA 02116<br><br>* *Admitted in New York. All work supervised by a member of the D.C. Bar.* |

*Counsel for Petitioner-Appellant The Coca-Cola Co. & Subsidiaries*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 97 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f) and Eleventh Circuit Rule 32-4.

This motion complies with the typeface requirements of Federal Rule Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 with 14-point Times New Roman font.

Dated: March 19, 2025            /s/ *Gregory G. Garre*
                                                    Gregory G. Garre

## CERTIFICATE OF SERVICE

I hereby certify that, on March 19, 2025, the foregoing motion was electronically filed with the Clerk of the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. All parties were served through the Court's CM/ECF system.

                                                              /s/ *Gregory G. Garre*
                                                              Gregory G. Garre